

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00330-CV

**IN THE INTEREST OF L.G.D. AND R.O.B, CHILDREN**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00769
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

     The Motion to Supplement the Departments Brief on the merits is hereby GRANTED.

It is so **ORDERED** August 10, 2022.

**PER CURIAM**

ATTESTED TO: _____
             MICHAEL A. CRUZ,
             CLERK OF COURT